PARVIN HARBAUGH, Appellant, *v.* HOLLIS PARK
COMPANY et al., Respondents.

*Harbaugh* v. *Hollis Park Co.*, 134 App. Div. 935, affirmed.
(Argued April 28, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered October 29, 1909, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court on trial at Special Term in an action to have
declared void the cancellation of a certificate for certain
shares of stock.

*Louis Zinke* and *Alexander U. Zinke* for appellant.

*Norman B. Beecher* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WER-
NER, HISCOCK and COLLIN, JJ.